UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:13-cr-448-T-33TGW

THOMAS J. MULLEN, III.
_____/

**ORDER**

This matter comes before the Court upon consideration of an issue that was brought to the Court's attention during the April 13, 2017, status hearing. At that hearing, the Federal Defender indicated it had received a bill for a Court-ordered neuropsychological examination, but that it was unsure of whether it or the United States would be responsible for paying the expert's fees. After much discussion, the Court stated it would conduct further research into the matter. Having researched the matter and otherwise being fully advised, the Court orders the United States to pay the expert's fees.

**Discussion**

At the December 8, 2016, final revocation hearing, the Federal Defender requested that the Court order a neuropsychological exam to determine whether Defendant was incompetent. The impetus for the request was a conflict

between notes of the assigned probation officer and a psychological evaluation conducted at the Federal Defender's request. As represented by the Federal Defender, the probation officer had the Defendant evaluated for competency and that expert reported the Defendant was competent; however, there is no written report and the probation officer's notes continued to indicate her belief that Defendant suffered from cognitive issues. Given the discrepancy, the Federal Defender indicated she had a second psychological exam conducted. That second expert found Defendant to be incompetent but further noted a neuropsychological exam would need to be conducted. And thus, per the Federal Defender, the need arose for a third exam. The United States did not object to the request.

The issue of payment for the third exam is now before the Court. Per the Guide to Judiciary Policy, the responsibility for payment of psychiatric examinations under the Criminal Justice Act rests with the United States, regardless of which party requests the examination. *Guide to Judiciary Policy*, Vol. 7, Ch. 3, § 320.20.20.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The United States shall pay the costs incurred for the Court-ordered neuropsychological examination of Defendant.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 21st day of April, 2017.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE